VANESSA R. WALSH (16180)
KYLE J. KAISER (13924)
Assistants Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: vwalsh@agutah.gov
       kkaiser@agutah.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ADAM KELLER, as legal guardian of C.K., a minor child;<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT; Alpine School District Board of Education; Tarra Anderson, in her official and individual capacity; Jane Does 1-5, in their official and individual capacities;<br><br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>Case No. 2:19-cv-00874-DBP<br><br>Magistrate Judge Dustin B. Pead |

     Pursuant to DUCivR 7-3, Defendants ALPINE SCHOOL DISTRICT and Alpine School District Board of Education, and Tarra Anderson in her official and individual capacity (collectively "ASD Defendants"), by and through counsel, Vanessa R. Walsh, Assistant Utah Attorney General, request that DEFENDANTS' MOTION TO DISMISS FIRST AMENDED

COMPLAINT be submitted for decision and that the Court grant the relief requested in that Motion.

1. Defendants' Motion to Dismiss First Amended Complaint was filed and served on July 21, 2020. ECF #33.

2. Plaintiff's Memorandum in Opposition to that Motion was filed and served on August 18, 2020. ECF #34.

3. Defendants' Reply in Support of the Motion was filed and served on September 15, 2020. ECF #37.

4. None of the parties have requested oral argument on the matter.

RESPECTFULLY SUBMITTED THIS 16th day of September, 2020.

OFFICE OF THE UTAH ATTORNEY GENERAL

*/s/ Vanessa R. Walsh*
VANESSA R. WALSH
Assistant Utah Attorney General
*Attorney for ASD Defendants*