LAURA HENRIE (Bar No. 12449)
MICHELLE MARQUIS (Bar No. 16889)
KATIE COX (Bar No. 17188)
Disability Law Center
960 South Main Street
Salt Lake City, Utah 84101
Phone: (801) 363-1347
Fax: (801) 363-1437
Email: lhenrie@disabilitylawcenter.org
       mmarquis@disabilitylawcenter.org
       kcox@disabilitylawcenter.org

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ADAM KELLER, as legal guardian of C.K., a minor child;<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT; Alpine School District Board of Education; Tarra Anderson, in her individual and official capacity; Jane Does 1–5, in their official and individual capacities;<br><br>Defendants. | **STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Civil No. 2:19-cv-00874-DBP<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff, ADAM KELLER, as legal guardian of C.K., and Defendants ALPINE SCHOOL DISTRICT and ALPINE SCHOOL DISTRICT BOARD OF EDUCATION, (collectively "the Parties"), hereby submit and agree to dismissal with prejudice of Plaintiff's Amended Complaint, this action, and all claims asserted herein against Defendants pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and

fees. The matter was resolved without any admissions of liability by any party. The parties jointly move for an order of Dismissal with Prejudice in conformity herewith.

RESPECTFULLY SUBMITTED THIS 7th day of October 2022.

*Attorneys for Plaintiff:*

/s/ *Michelle Marquis*
Michelle Marquis
Laura Henrie
Katie Cox

*Attorneys for Defendants:*

/s/ *Kyle J. Kaiser*
(*Signed with permission via electronic mail*)
Kyle J. Kaiser

CERTIFICATE OF SERVICE

I, Jennifer Carver, hereby certify that the foregoing STIPULATION AND JOINT MOTION TO DISMISS is being electronically filed using the CM/ECF system on this 7th day of October 2022, which will send notices of such filing to all registered CM/ECF users.

KYLE J. KAISER (13924)
VANESSA R. WALSH (16180)
Assistants Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
Email: kkaiser@agutah.gov
vwalsh@agutah.gov

                                                */s/ Jennifer Carver*
                                                Jennifer Carver