IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ADAM KELLER, as legal guardian of C.K., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT; Alpine School District Board of Education; Tarra Anderson, in her individual and official capacity; Jane Does 1–5, in their official and individual capacities,<br><br>Defendant. | ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>Case No. 2:19-cv-00874-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff, ADAM KELLER, as legal guardian of C.K., and Defendants ALPINE SCHOOL DISTRICT and ALPINE SCHOOL DISTRICT BOARD OF EDUCATION, (collectively "the Parties"), agree to dismissal with prejudice of Plaintiff's Amended Complaint, this action, and all claims asserted herein against Defendants pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees. (ECF No. 68.)

The court GRANTS the parties' stipulated joint motion to dismiss this action. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED this 11 October 2022.

_____
Dustin B. Pead
United States Magistrate Judge